*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 100 (AKH) (ECF)
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
-----------------------------------------------------------X   Docket No.:
JOSEPH COTRONEO                                                08 CV 1991

                      Plaintiff(s),                CHECK-OFF ("SHORT
                                                               FORM") COMPLAINT
      -against-                                         RELATED TO THE
                                                               MASTER COMPLAINT
THE CITY OF NEW YORK, THE PORT
AUTHORITY OF NEW YORK AND                                      PLAINTIFF(S) DEMAND A
NEW JERSEY, et al,                                             TRIAL BY JURY
                      Defendants.
-----------------------------------------------------------X

       By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

       All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "X" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

       Plaintiffs, JOSEPH COTRONEO, by his/her/their attorneys DOUGLAS & LONDON, P.C., complaining of Defendant(s), respectfully allege:

## I. PARTIES

### A. PLAINTIFF(S)

    1.    ☒ Plaintiff, JOSEPH COTRONEO (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at 244 Hart Boulevard Street, Staten Island, New York 10301.

                            (OR)

    2.    Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as Administrator of the Estate of _____.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

[FILED FEB 28 2008 U.S.D.C. S.D.N.Y. CASHIERS]

3. ☐ Plaintiff, (hereinafter the "Derivative Plaintiff"), is a citizen of the _____ residing at _____, and has the following relationship to the Injured Plaintiff:

☐ SPOUSE: at all relevant times herein, is and has been lawfully married to Plaintiff _____ and brings this derivative action for her (his) loss due to the injuries sustained by her husband (his wife), Plaintiff

☐ Parent   ☐ Child   ☐ Other: _____

4. In the period from January 23, 2003 until on or about approximately November 4, 2003 the Injured Plaintiff worked for Daidone Electric as a photographer and progress reporter at:

| ☒ The World Trade Center Site<br>Location(s) (i.e., building, quadrant, etc.) Based upon information known at this time, Plaintiff worked throughout the four quadrants;<br>From on or about January 23, 2003, until on or about November 4, 2003;<br>Approximately 8 hours per day; for<br>Approximately 200 days total.<br><br>☐ The New York City Medical Examiner's Office<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br><br>☐ The Fresh Kills Landfill<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | ☐ The Barge<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br><br>**Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The Injured Plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:<br><br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br>Name and Address of Non-WTC Site Building/Worksite: _____ |

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

5. Injured Plaintiff

   ☒ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

   ☒ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

   ☒ Was exposed to and inhaled or absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

   ☒ Other:
   Not yet determined.

6. Injured Plaintiff

   ☒ Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

   ☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, Ground-Zero Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

## B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

| | |
|---|---|
| ☒ THE CITY OF NEW YORK ("CITY")<br>☐ A Notice of Claim was timely filed and served on _____ and<br>☒ Pursuant to General Municipal Law §50-h the CITY held a hearing on or about December 18, 2007<br>(OR)<br>☐ The CITY has yet to hold a hearing as required by General Municipal Law §50-h<br>☐ More than thirty days have passed and the CITY has not adjusted the claim.<br>(OR)<br>☐ An Order to Show Cause application to:<br>☐ deem Plaintiff's Notice of Claim timely filed, or in the alternative to grant Plaintiffs' leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:<br>☐ is pending<br>☐ Granting petition was made on _____.<br>☐ Denying petition was made on _____. | ☒ AMEC CONSTRUCTION MANAGEMENT, INC.<br>☐ 150 BROADWAY N.Y. ASSOCS. L.P.<br>☐ 160 WATER ST. INC.<br>☐ 30 BROAD STREET ASSOCIATES, LLC.<br>☐ 7 WORLD TRADE CENTER COMPANY, L.P.<br>☐ A RUSSO WRECKING<br>☐ ABM INDUSTRIES, INC.<br>☐ ABM JANITORIAL NORTHEAST, INC.<br>☐ AMEC EARTH & ENVIRONMENTAL, INC.<br>☐ ATLANTIC HEYDT CORP<br>☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION<br>☐ BECHTEL CONSTRUCTION, INC.<br>☐ BECHTEL CORPORATION<br>☐ BECHTEL ENVIRONMENTAL, INC.<br>☐ BERCHTEL ENVIRONMENTAL, INC.<br>☐ BFP ONE LIBERTY PLAZA CO., LLC.<br>☐ BFP TOWER C. CO. LLC.<br>☐ BIG APPLE WRECKING & CONSTRUCTION CORP.<br>☐ BOSTON PROPERTIES<br>☒ BOVIS HOLDINGS LIMITED<br>☒ BOVIS INTERNATIONAL, INC.<br>☒ BOVIS LEND LEASE, INC.<br>☒ BOVIS LEND LEASE INTERIORS, INC.<br>☒ BOVIS LEND LEASE LMB, INC.<br>☐ BRANCH SERVICES<br>☐ BREEZE CARTING CORP.<br>☐ BREEZE NATIONAL, INC.<br>☐ BRER-FOUR TRANSPORATION CORP.<br>☐ BROOKFIELD FINANCIAL PROPERTIES, INC.<br>☐ BROWN HARRIS STEVENS,<br>☐ BURO HAPPOLD CONSULTING ENGINEERS, P.C. |
| PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]<br>☒ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on August 6, 2007;<br>☒ More than sixty days have elapsed since the Notice of Claim was filed, (and)<br>☐ the Port Authority has adjusted this claim.<br>☒ the Port Authority has not adjusted this claim. | ☐ C&D FIREPROOFING & PLASTERING CORP.<br>☐ C.B. CONTRACTING CORP.<br>☐ CALEDONIAN INSURANCE COMPANY<br>☐ CANRON CONSTRUCTION CORP<br>☐ CANTOR SEINUK GROUP<br>☐ CAPITAL PROPERTIES, INC.<br>☐ CARLOS CONSTURCTION |
| ☐ 1 WORLD TRADE CENTER, LLC<br>☐ 1 WTC HOLDINGS, LLC<br>☐ 2 WORLD TRADE CENTER, LLC<br>☐ 2 WTC HOLDINGS, LLC<br>☐ 4 WORLD TRADE CENTER, LLC<br>☐ 4 WTC HOLDINGS, LLC<br>☐ 5 WORLD TRADE CENTER, LLC<br>☐ 5 WTC HOLDINGS, LLC | |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| | |
|---|---|
| ☐ CIVETTA-COUSINS, JV, LLC | ☐ HALLEN WELDING SERVICE, INC. |
| ☐ Clarcor Air filtration Products, Inc. | ☐ GC CONTRACTING CORP. |
| ☐ COMPONENT ASSEMBLY SYSTEMS, INC. | ☐ HIGH-RISE ELECTRIC, INC. |
| ☐ CONSOLIDATED EDISON COMMUNCIATIONS HOLDING COMPANY, INC. | ☐ HIGH-RISE HOISTING AND SCAFFOLDING, INC. |
| ☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | ☐ J.P. MORGAN CHASE CORPORATION, |
| | ☐ JEMB REALTY CORP |
| ☐ CONSOLIDATED EDISON DEVELOPMENT, INC. | ☐ JP EQUIPMENT RENTAL MATERIALS, INC. |
| ☐ CONSOLIDATED EDISON ENERGY, INC. | ☐ KIBEL COMPANIES, |
| ☐ CONSOLIDATED EDISON INC. | ☐ LAQUILA CONSTRUCTION INC. |
| ☐ CONSOLIDATED EDISON SOLUTIONS, INC. | ☐ LASTRADA GENERAL CONTRACTING CORP |
| ☐ CONSULTING ENGINEERS, P.C. | ☐ LEFRAK ORGANIZATION INC. |
| ☐ COOPER SQUARE REALTY, INC. | ☐ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER, P.C. |
| ☐ COORDINATED METALS, INC. | |
| ☐ CORD CONTRACTING CO., INC. | ☐ LIBERTY MUTUAL MANAGED CARE, INC. |
| ☐ CRAIG TEST BORING COMPANY INC. | ☐ LOCKWOOD KESSLER & BARTLETT, INC. |
| ☐ CUSHMAN & WAKEFIELD, INC. | ☐ LUCIUS PITKIN, INC. |
| ☐ DAKOTA DEMO-TECH | ☐ LZA TECH-DIV OF THORTON TOMASETTI |
| ☐ DCM ERECTORS, INC | ☐ MANAFORT BROTHERS, INC. |
| ☐ DEUTSCHE BANK | ☐ MAYORE ESTATES LLC |
| ☐ DIAMOND POINT EXCAVATING CORP | ☐ MAZZOCHI WRECKING, INC. |
| ☐ DIEGO CONSTRCTION, INC. | ☐ MEDCORE MEDICAL AND HOSPITAL SUPPLY |
| ☐ DIVERSIFIED CARTING, INC. | ☐ MERIDIAN CONSTRRUCTION CORP. |
| ☐ DMT ENTERPRISE, INC. | ☐ MILFORD MANAGEMENT CORP |
| ☐ D'ONOFRIO GENERAL CONTRACTORS CORP | ☐ MILSTEIN PROPERTIES CORP. |
| ☐ EAGLE LEASING & INDUSTRIAL SUPPLY | ☐ MOODY'S INIVESTORS SERVICE |
| ☐ EAGLE ONE ROOFING CONTRACTORS INC. | ☐ MRA ENGINEERING, P.C. |
| ☐ EAGLE SCAFFOLDING CO | ☐ MUESER RUTLEDGE CONSULTING ENGINEERS |
| ☐ EJ DAVIES, INC. | |
| ☐ EMPIRE STATE PROPERTIES, INC. | ☐ MURRAY HILL PROPERTIES |
| ☐ EN-TECH CORP | ☐ NACIREMA INDUSTRIES INCORPORATED |
| ☐ ET ENVIRONMENTAL | ☐ NEW YORK CRANE & EQUIPMENT CORP. |
| ☐ EVERGREEN RECYCLING OF CORONA | ☐ NICHOLSON CONSTRUCTION COMPANY |
| ☐ EWELL W. FINLEY, P.C. | ☐ ONE WALL STREET CORPORATION |
| ☐ EXECUTIVE MEDICAL SERVICSE, P.C. | ☐ OVE ARUP & PARTNERS, P.C. |
| ☐ F&G MECHANICAL, INC. | ☐ PETER SCALAMNDRE & SONS, INC. |
| ☐ FLEET TRUCKING, INC. | ☐ PINNACLE ENVIRONMENTAL CORP |
| ☐ FRANCIS A. LEE COMPNAY, A CORPORATION | ☐ PLAZA CONSTRUCTION CORP. |
| ☐ FRANCIS MICELLI JR CONTRACTING | ☐ PLAZA CONSTRUCTION MANGEMENT CORP. |
| ☐ FTI TRUCKING | |
| ☐ GILSANZ MURRAY STEFICEK, LLP | ☐ PRO SAFETY SERVICES, LLP |
| ☐ GLO MANAGEMENT, INC. | ☐ PT & L CONTRACTING CORP. |
| ☐ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC | ☐ REGIONAL SCAFFOLD & HOISTING CO, INC. |
| ☐ GRUBB & ELLIS MANAGEMENT SERVICES, INC. | |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Case 1:08-cv-01991-AKH   Document 1   Filed 02/28/2008   Page 6 of 9

| | |
|---|---|
| ☐ ROBERT SILMAN ASOCIATES | ☐ TOTAL SAFETY CONSULTING L.L.C. |
| ☐ ROBERT L. GEROSA, INC. | ☐ TRAMMELL CROW COMPANY |
| ☐ ROCKROSE DEVELOPMENT CORP. | ☐ TRINITY CENTRE, LLC |
| ☐ ROYAL GM INC. | ☐ TRIO ASBESTOS REMOVAL |
| ☐ RY MANAGEMENT | ☐ TUCCI EQUIPMENT RENTAL CORP |
| ☐ SAB TRUCKING INC. | ☒ TULLY CONSTRUCTION CO., INC. |
| ☐ SAFEWAY ENVIRONMENTAL CORP | ☒ TULLY ENVIRONMENTAL INC. |
| ☐ SAKELE BROTHERS, L.L.C. | ☒ TULLY INDUSTRIES INC. |
| ☐ SEASONS INDUSTRIAL CONTRACTING | ☒ TURNER CONSTRUCTION CO. |
| ☐ SILVERITE CONTRACTORS | ☒ TURNER CONSTRUCTION COMPANY |
| ☐ SILVERSTEIN PROPERTIES | ☒ TURNER CONSTRUCTION INTERNATIONAL, LLC |
| ☐ SILVERSTEIN PROPERTIES, INC. | ☒ TURNER/PLAZA, A JOINT VENTURE |
| ☐ SILVERSTEIN WTC FACILITY MANAGER, LLC | ☐ ULTIMATE DEMOLITIONS/CS HAULING |
| ☐ SILVERSTEIN WTC, LLC | ☐ VERIZON NEW YORK INC. |
| ☐ SILVERSTEIN WTC MANAGEMENT CO., LLC | ☐ VOLLMER ASSOCIATES LLP |
| ☐ SILVERSTEIN WTC PROPERTIES, LLC | ☐ W HARRIS & SONS INC. |
| ☐ SILVERSTEIN DEVELOPMENT CORP. | ☐ WEEKS MARINE, INC. |
| ☐ SILVERSTEIN WTC PROPERTIES LLC | ☐ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C. |
| ☐ SIMPSON GUMPERZ & HEGER INC | ☐ WFP TOWER A. CO., L.P. |
| ☐ SKIDMORE OWINGS & MERRILL LLP | ☐ WFP TOWER B. CO., L.P. |
| ☐ SURVIVAIR | ☐ WFP TOWER D. CO., L.P. |
| ☐ THE BANK OF NEW YORK | ☐ WHITNEY CONTRACTING, INC. |
| ☐ THE RELATED COMPANIES, LP | ☐ WOLKOW-BRAKER ROOFING CORP |
| ☐ TISHMAN INTERIORS CORPORATION | ☐ WORLD TRADE CENTER PROPERTIES, LLC |
| ☐ TISHMAN SPEYER PROPERTIES | ☐ YANNUZZI & SONS INC. |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN | ☐ YONKERS CONTRACTING COMPANY, INC. |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK | ☐ YORK HUNTER CONSTRUCTION, LLC |
| ☐ TOMASETTI GROUP | ☐ ZAR REALTY MANAGEMETN CORP. |
| ☐ TORETTA TRUCKING, INC. | ☐ ZECKENDORF REALTY |
| | OTHER: _____ |

☐ Non-WTC Site Building Owner
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Lessee
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Building Management Agent
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Page 6 of 9

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☒ Founded upon Federal Question Jurisdiction; specifically ☒ Air Transportation Safety & System Stabilization Act of 2001; (or) ☐ Federal Officers Jurisdiction, (or) ☐ Other (specify): _____ ; ☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §1441.

## III. CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | |
|---|---|
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§200 and 240 | ☒ Common Law Negligence, including allegations of Fraud and Misrepresentation<br><br>☒ Air Quality;<br>☒ Effectiveness of Mask Provided;<br>☐ Effectiveness of Other Safety Equipment Provided (specify: _____);<br>☒ Other (specify): <u>Not yet determined.</u> |
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law §241(6) | |
| ☐ Pursuant to New York General Municipal Law §205-a | ☐ Wrongful Death |
| ☐ Pursuant to New York General Municipal Law §205-e | ☐ Loss of Services/Loss of Consortium for Derivate Plaintiff |
| | ☐ Other: _____ |

## IV. CAUSATION, INJURY AND DAMAGE

1.     As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| | | | |
|---|---|---|---|
| ☐ | Cancer Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Cardiovascular Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |
| ☒ | Respiratory Injury: <u>pulmonary inflammation</u><br>Date of Onset: <u>March 2007</u><br>Date physician first connected this injury to WTC work: <u>to be supplied at a later date</u> | ☐ | Fear of Cancer: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |
| ☐ | Digestive Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Other Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

2. As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground-Zero Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

| | | | |
|---|---|---|---|
| ☒ | Pain and suffering | ☒ | Expenses for medical care, treatment and rehabilitation |
| ☒ | Loss of the enjoyment of life | ☒ | Other:<br>☒ Mental Anguish<br>☒ Disability<br>☒ Medical Monitoring<br>☐ Other: _____ |
| ☐ | Loss of earnings and/or impairment of earning capacity | | |
| ☐ | Loss of retirement benefits/diminution of retirement benefits | | |

3. As a direct and proximate result of the injuries described *supra*, the derivate plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

**WHEREFORE,** Plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against Defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demand that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
       February 26, 2008

                          Yours, etc.,

                          DOUGLAS & LONDON, P.C.

                          BY: _____
                               MICHAEL A. LONDON (ML-7510)
                               Attorney for Plaintiffs
                               111 John Street, Ste 1400
                               New York, New York 10038
                               (212) 566-7500

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*